UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERFAITH CENTER ON<br>CORPORATE RESPONSIBILITY,<br>UNITED CHURCH FUNDS, and<br>CERES, INC.<br>    *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his Official Capacity as<br>Attorney General of Texas,<br>    *Defendant*, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:25-cv-01803-ADA-SH |

**ORDER GRANTING DEFENDANT'S MOTION TO CONSOLIDATE CASES**

Before the Court is Defendant's Motion to Consolidate Cases. Having considered the motion, all responses and replies, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendant's Motion to Consolidate Cases is GRANTED.

IT IS FURTHER ORDERED this case be consolidated with *Glass Lewis & Co., LLC v. Paxton,* No. 1:25-cv-01153 (W.D. Tex.), and *Institutional Shareholder Services Inc. v. Paxton,* No. 1:25-cv-01160 (W.D. Tex.). *Glass Lewis,* being the first case filed, will be the lead case.

**SIGNED AND ENTERED** this _____ day of _____, 2025.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE