UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTERFAITH CENTER ON CORPORATE RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> Defendant. | No. 25-cv-01803-ADA-SH |

**UNOPPOSED NOTICE REGARDING BRIEFING ON
DEFENDANT'S MOTION TO DEFER OR DENY
SUMMARY JUDGMENT PURSUANT TO RULE 56(d)**

Plaintiffs submit this notice to inform the Court of the parties' shared understanding that the Court's January 8 and 21, 2026 briefing orders govern the deadline and page limit for Plaintiffs' response to Defendant's motion to defer or deny summary judgment, ECF No. 30. Based on that understanding, Plaintiffs intend to file their response of up to 15 pages by February 18, 2026.

Plaintiffs moved for summary judgment on January 7, 2026. ECF No. 25. The Court set the briefing format for the motion in two separate orders on January 8 and 21, 2026. The orders allowed Defendant to file an opposition brief of up to 25 pages by February 4, 2026 and allowed Plaintiffs to file a reply of up to 15 pages by February 18, 2026.

On February 4, 2026, Defendant filed their response to Plaintiffs' summary judgment motion—but styled that filing as a motion to defer or deny Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 56(d). ECF No. 30. Defendant's filing exceeded the default 10-page

1

limit under the local rules for discovery and case management motions, L.R. CV-7(C)(2), but Defendant did not move separately for a page-limit expansion under an understanding that the filing was governed by the Court's prior briefing orders.

Plaintiffs intend to respond with a filing of up to 15 pages by February 18, 2026. But because Defendant's styling of his filing as a separate motion creates potential ambiguity about the applicability of the Court's prior briefing orders, Plaintiffs file this unopposed notice out of an abundance of caution. This notice is consistent with Judge Albright's September 18, 2025 Standing Order Regarding Joint or Unopposed Request to Change Deadlines because this notice is unopposed and does not change or affect the date of any trial, hearing, or Court event.

Plaintiffs have conferred with Defendant on this notice, and Defendant agree with Plaintiffs' understanding of the Court's prior orders. Accordingly, the parties have agreed, based on their understanding of the Court's prior orders, that Plaintiffs have a deadline of February 18, 2026 to file a response of up to 15 pages to Defendant's Rule 56(d) motion, ECF No. 30.

Dated: February 11, 2026

Respectfully submitted,

*/s/ Ketan U. Kharod*

Ketan U. Kharod
Texas Bar No. 24027105
Mary Whittle
Texas Bar No. 24033336
Mark Guerrero
Texas Bar No. 24032377
GUERRERO & WHITTLE, PLLC
2905 San Gabriel Street, Suite 309
Austin, TX 78705
(512) 610-2300 phone
ketan@gwjustice.com
mary@gwjustice.com
mark@gwjustice.com

Jennifer Fountain Connolly+
Tsuki Hoshijima+ ^
Victoria S. Nugent+
Skye L. Perryman +
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
jconnolly@democracyforward.org
thoshijima@democracyforward.org
vnugent@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

[+] Admitted *pro hac vice*

[^] Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the District of Columbia Bar.

## CERTIFICATE OF CONFERENCE

I certify that, on February 11, 2026, Plaintiffs' counsel conferred with C. Lee Winkelman, counsel for Defendant, regarding the content of this notice, and that there was no opposition.

                                      */s/ Ketan U. Kharod*
                                      Ketan U. Kharod

## CERTIFICATE OF SERVICE

I certify that on February 11, 2026, I caused a copy of the foregoing document to be served to all counsel of record by the Electronic Case Filing System for the United States District Court for the Western District of Texas.

                                        */s/ Ketan U. Kharod*
                                      Ketan U. Kharod