# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Interfaith Center on Corporate Responsibility, United Church Funds, and Ceres, Inc.** | § § § § | |
| **Plaintiffs,** | § § § | **No. 1:25-cv-01803-ADA** |
| **v.** | § § § | |
| **Ken Paxton,** *in his official capacity as Texas Attorney General*, | § § § | |
| **Defendant** | § § | |

## ORDER VACATING REFERRAL ORDER

The Court hereby **VACATES** its standing order referring this case to Magistrate Judge Susan Hightower (ECF No. 7) due to the similarities between this case and the related cases. The undersigned will preside over all matters in this case going forward unless the matters are individually referred to a United States Magistrate Judge.

Signed: 03/20/2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1