**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| INTERFAITH CENTER ON CORPORATE RESPONSIBILITY, UNITED CHURCH FUNDS, and CERES, INC. | § § § § § § § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 1:25-cv-01803-ADA-SH |
| v. | § § | |
| KEN PAXTON, in his Official Capacity as Attorney General of Texas, | § § § | |
| *Defendant,* | § § | |

---

**ORDER GRANTING DEFENDANT'S MOTION TO DEFER OR DENY PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56(d)**

---

Before the Court is Defendant's Motion to Defer or Deny Plaintiffs' Motion for Summary Judgment Pursuant to Rule 56(d) (ECF No. 30). Having considered the Motion, the evidence, and all responses and replies, the Court GRANTS the Motion. IT IS HEREBY ORDERED that Defendant's response to Plaintiffs' Motion for Summary Judgment (Dkt. 25) shall be due at a later date set by the Court once discovery is complete.

SIGNED 05/15/2026.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE